**Exhibit A**

Type of Work: Dramatic Work and Music; or Choreography
Registration Number / Date: TXu 2-061-218 / 2017-06-11

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-061-218**

**Effective Date of Registration:**
July 11, 2017

---

### Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

**Title** _____

Title of Work:  Dealing with a Chronic Illness: Vestibular Neuritis

**Completion/Publication** _____

Year of Completion:  2017

**Author** _____

- **Author:**  Kimberly Marasco
  **Author Created:**  text, artwork
  **Citizen of:**  United States
  **Domiciled in:**  United States
  **Year Born:**  1974

**Copyright Claimant** _____

Copyright Claimant:  Kimberly Marasco
1561 Pheasant Walk, Apt C, Fort Pierce, FL, 34950, United States

**Rights and Permissions** _____

Name:  Kimberly Marasco
Email:  marasco_kim@yahoo.com
Telephone:  (772)212-6327
Address:  1561 Pheasant Walk
Apt C
Fort Pierce, FL 34950

**Certification** _____

Page 1 of 2

Type of Work: Dramatic Work and Music; or Choreography
Registration Number / Date: TXu002200550 / 2020-05-27

## Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**TXu 2-200-550**
**Effective Date of Registration:**
May 27, 2020
**Registration Decision Date:**
June 16, 2020

**Title** _____

Title of Work: Fallen from Grace

**Completion/Publication** _____

Year of Completion: 2019

**Author** _____

Author: Kimberly Marasco
Author Created: text
Citizen of: United States
Domiciled in: United States

**Copyright Claimant** _____

Copyright Claimant: Kimberly Marasco
1561 Pheasant Walk, Apt C, Fort Pierce, FL, 34950

**Rights and Permissions** _____

Name: Kimberly Marasco
Email: marasco_kim@yahoo.com
Telephone: (772)285-6857
Address: 1561 Pheasant Walk
Apt C
Fort Pierce, FL 34950

**Certification** _____

Name: Kimberly Marasco
Date: May 27, 2020

Page 1 of 2