**Exhibit B**

The Plaintiff's cover for *Dealing* (retitled *Fallen from Grace*), 2018 includes a picture of a female with hair covering one eye with an emphasis being placed on the other eye.  The Defendant's cover *Lover* (2019), uses the same expression where Taylor Swift's hair is covering one eye and the other eye is emphasized (by glitter gel in the shape of a heart).



This is a picture of the Plaintiff's book *Fallen from Grace* and a magazine she was featured in.





Plaintiff drew the artwork for the cover of *Songs of the Unsung* (2019) using a quill pen next to musical notes. Later, the Defendants used the same image to represent their songs as well as selling merchandise with a quill pen depicting an 18th century timeframe.



This picture was taken on November 19, 2021. The expression used here is the same---old fashioned corded phone and being secretive. Taylor Swift copied this picture to promote her album, *Midnight Rain* (Oct 2022) and secretly, one by one, told the titles to each new song with a corded, old fashioned, phone.

The song, thanK you aIMee, includes the verse "And I changed your name, and any real defining clues/...A song that only us two is gonna know is about you". If only a few people will know who she is referring to, then obviously it cannot be solely about Kim K.

Original1 choreographed this strikingly similar dance on Instagram in 2020. Taylor Swift used a strikingly similar dance that the Plaintiff choreographed on her Eras Tour. The Plaintiff can show the entire video in a hearing.



Original1 took this picture from her former neighborhood and this picture became the inspiration for her poem, "*Sky Tinted Water*". It is interesting to note the similarities in the use of the images used by the Defendants in their album, <u>Folklore</u>.



While not related to the Defendants in this case, this is added in Exhibit B to show more evidence that the music industry was aware of the book written by the Plaintiff. The Plaintiff sketched this picture which became a part of the cover of her book, _Fallen from Grace_. The Plaintiff added a spider surrounding the face with emphasis placed on one eye. Lady Gaga's pose is strikingly similar to the Plaintiff's picture.

The Plaintiff came across an image online that was from a performance at the Grammy's Award show where Lady Gaga sang "Shallow" in 2019.



In my poem, *Whirlwind*, the Plaintiff wrote about a journalist who went by the pen name Nellie Bly, who published a book about the treatment of institutionalized mentally ill people. In 2024, Taylor Swift released a video for her song *Fortnight*. In the video, Ms. Swift portrays herself as Nellie Bly sitting at a desk, wearing a similar 1880's style dress, while using a typewriter. Also, she portrays herself as Clara Bow who was in a mental institution.







Starting on the following pages (Page 46 to Page 53) are pictures directly taken of the pages from the Plaintiff's book (working title "*Fallen*, 2020") later changed to "*Songs of the Unsung*" when it was published on Amazon in May of 2020.

Pages 54 to Page 76 are printed from a digital download of the Plaintiff's book, (working title "*Dealing*, 2017') changed to "*Fallen from Grace*" when it was published by Outskirts Press in 2018.

Please note that *both the registration dates and publishing dates* from the Plaintiff's compositions fall prior to all the songs mentioned in this complaint that were produced by the Defendants.

Prepared with the help of an attorney

Introduction to <u>Fallen</u>, 2020
Please note the actual copyright for Fallen is **April 2020,** but the Office of Copyright registration
is May 27, 2020 (Both dates fall prior to the defendant's songs)

KIMBERLY MARASCO

Copyright © April 2020 Kimberly Marasco Original Copyright
© Fallen from Grace: Sept 2018

All rights reserved; No parts of this book may be reproduced
or transmitted in any form or by any means, electronic or
mechanical, including photocopying, recording, taping, or by
any information retrieval system, without the permission, in
writing, of the author.
This anthology combines Kimberly's poetry written through-
out the years reflecting the times and a previous published
book titled, *Fallen from Grace.* The poetry was inspired by soci-
etal issues as well as from Kimberly's own personal challenges
of anxiety and fear to expressions of hope and dreams.
Author's Note:
Writing became a way for me to express my dreams, desires,
difficulties, as well as self-reflect on many situations. Many of
the topics I discuss were developed from my own, personal
opinions and beliefs. Also, I provided information obtained
from extensive research and discussed them. Furthermore, I
am not medically trained in any way. Any medical advice pro-
vided was obtained from my research, as well as from my own
personal experiences. Please consult with a medical profes-
sional regarding any treatments or medicinal advice.

Prepared with the help of an attorney

Poems from <u>Fallen</u>, May 27, 2020

SONGS OF THE UNSUNG

## Poems

Ordinary Citizen

Sky Tinted Water

Scorpion

Delusional Reality

Innocence Lost

Clandestine Cat

Whirlwind

The Fire

Invisible Matter

Breaking Waves

The Unsung

Finding the Light

Baby, U R a Star

Polaris

Stagnate

Beams of Light

Time

All I Want for X-Mas

Gaslight

Ingenue

Devious Minds

The Promise of Light Omega

Prepared with the help of an attorney

*The Fire* from <u>Fallen</u>, May 27, 2020

KIMBERLY MARASCO

And I know the time is near
To reveal the truth that was tainted with your words
Instead of writing, I'll start walking
And when deeds speak, words fall into an abyss
Light will always prevail over darkness
                    ~ The Fire ~

Stone Cold
Not really, but that's how they will perceive it though
They lack compassion
As I continue to stand and defend
Somehow, Im falling into sin
Oh, but they know quite well
How to turn someone into a Villain
Haters spread malicious slander
While I am being openly candor
Only the Stars in the Sky
Tell Life's story we will never know
As I drive to work, I wonder why
This Distance only grows
I know you cannot fight Fire with Fire
But I do it all the time
I should know better
Choose your battles wisely, is what they say
I must develop a different plan

And I kn
Anger fu
And her
The figh
They ar
It's thos
It shoul
My resp
And he
Only N
As the

She is
She h
She se
She k
Some
She c
Devo
She
pass
She'
dee
She

32

Prepared with the help of an attorney

*Invisible Matter* from <u>Fallen</u> (May 2020)

~ **Invisible Matter** ~

She is invisible

She hears the laughter and the cry

She sees the beauty and the pain

She knows everything but reveals not a thing

Sometimes she is warm but can turn cold in an instance

She can stir up a storm and become quite voracious

Devouring all that's in sight

She can move slowly without a sound and sings softly as she passes thru an alley

She's always by my side whispering in my ear and knowing my deepest thoughts

She travels far and reaches high

33

Prepared with the help of an attorney

*Invisible Matter continued from Fallen, 2018 &*
*Sky Tinted Water from Fallen, 2018*

KIMBERLY MARASCO

She carries the omniscient butterfly

She goes thru your soul and entwines your hair

She will always be with us as we grow

Absorbing the rain and turning it into beautiful rainbows

~ **Sky Tinted Water** ~

Sky tinted water

Your love is crystal clear

I walk on by

With thoughts racing my mind

If only I could find my way here

Sky tinted water

Don't you know…I don't know who I am anymore

Thought I was on the right track

Thought love would lead the way

Then I saw your reflection

And falsely led astray

I'm still trying

Searching low and high

Sky tinted water

I'm trying not to cry

Will you show me

How to complement the sky?

~ **Breaking Waves** ~

A myriad of sharks swarming

Targeting t

Ambushed

The Brave

Even when

Are one in

Just want t

And feel th

While watc

But the pre

I realize I'm

Waves cras

Here they a

But I'm one

I dive into t

And find sol

Between the

Swimming

The calm is

Even beneat

The moon re

While the w

I see the cal

I'll continue

One of the Br

34

Prepared with the help of an attorney

*Breaking Waves* from *Fallen* (May 2020)



SONGS OF THE UNSUNG

Targeting the vulnerable Unknowing
Ambushed from below
The Brave keep fighting
Even when the odds of winning
Are one in a million
Just want to sit on a porch
And feel the gentle wind
While watching a calm ocean
But the predators always want their prey
I realize I'm swimming in a fierce ocean
Waves crashing over me
Here they are, circling with no warning
But I'm one of the Brave
I dive into the high tide
And find solace
Between the breaking waves
Swimming until I reach the calm
The calm is my saving grace
Even beneath an ominous sky
The moon reflects light upon the dark sea
While the waves continue to crash over me
I see the calm And I know all will be alright
I'll continue to fight
One of the Brave

35

Prepared with the help of an attorney

*Stagnate* from *Fallen* (May 2020)

SONGS OF THE UNSUNG

Is that I've remain stagnate in this light
The future holds the key
To unlock this divide
Field of loneliness
Continue to reside
Permanently in my mind
But I continue to drive forward
Toward the north star
Why does it seem so far
And you won't ride with me
Held back, My gear shifts into reverse
never realizing my true reality
What is meant to be
Change is inevitable
It doesn't need your permission
Surely, it will happen
Just as leaves turn gold
Soon you will see
In the twilight meadow
There won't be any more sorrow
No, I won't remain stagnate in this light
Finding a way to break thru
This barrier between now and tomorrow
Dusk sets in

41

Prepared with the help of an attorney

*Noah* published May 2023
Certificate of Registration for entire song is on file with the Copyright Office



**Noah**

Kimberly Marasco
2 subscribers

Analytics    Edit video

👍 8    👎    Share    Promote

1,901 views  May 23, 2023

Prepared with the help of an attorney

Fallen from Grace
How I Dealt with Character Assassination as a Result of the Gaslight Effect
All Rights Reserved.
Copyright © 2018 Kimberly Marasco
v5.0

The opinions expressed in this manuscript are solely the opinions of the author and do not represent the opinions or thoughts of the publisher. The author has represented and warranted full ownership and/or legal right to publish all the materials in this book.

This book may not be reproduced, transmitted, or stored in whole or in part by any means, including graphic, electronic, or mechanical without the express written consent of the publisher except in the case of brief quotations embodied in critical articles and reviews.

Outskirts Press, Inc.
http://www.outskirtspress.com

Paperback ISBN: 978-1-9772-0124-9

Cover Photo © 2018 Kimberly Marasco. All rights reserved - used with permission.

Outskirts Press and the "OP" logo are trademarks belonging to Outskirts Press, Inc.

PRINTED IN THE UNITED STATES OF AMERICA

# Table of Contents

Summary .................................................................................vii

Thank You ..............................................................................ix

Preface ..................................................................................xi

Foreword...............................................................................xiii

Introduction..........................................................................xvii

Chapter 1.  Larvae—The Beginning .......................................1

Chapter 2.  The Caterpillar—Early Days ...............................9

Chapter 3.  The Spider—Employment....................................16

Chapter 4.  The Web—Entrapment.........................................31

Chapter 5.  The Spider's Venom—Illness ...............................75

Chapter 6.  Metamorphosis–The Caterpillar Hides ...............83

Chapter 7.  Stamina—Gaining Strength Back........................97

Chapter 8.  Breaking out from the Cocoon—Discovery........104

Chapter 9.  A New Horizon—Recovery..................................109

Chapter 10. Chrysalis—Emergence of the Butterfly ..............121

Appendix A ~ Poems ~ ...........................................................127

   Ingenue ...............................................................................127

   Black Cat ............................................................................130

   Devious Minds.....................................................................131

   Beams of Light ...................................................................133

   Time ....................................................................................134

   Ordinary Citizen ................................................................135

   Gaslight ..............................................................................137

   Whirlwind ...........................................................................139

   Baby, U R a Star.................................................................141

   Scorpion ..............................................................................142

   Innocence Lost....................................................................143

   Delusional Reality ..............................................................145

   Preserving the Promise of Light Omega.............................146

Appendix B: Pictures ..............................................................147

References ...............................................................................153

# Appendix A ~ Poems ~



## *Ingenue*

Unworldly girl in a cold world
Just an ingénue
Viewing the world as it is new
Should have paid attention
Should have listened to the admonition
The words echo: this place ain't for you

The stuff we endure
Just to make a living
Always arriving early in the morning
Never believing in all the jargon
Progressing in stages
Then arriving only to take home my belongings
Wonder, are we still living in the dark ages?
Isn't it funny
People come here dreaming

## FALLEN FROM GRACE

A girl once hungry
Lost to starvation
Crippling effects of being different
But what is normal?
Who created the shrine?
If I cannot be accepted
I'll carve my own code and doctrine

The wind is increasing in intensity
Carrying the butterfly who knows everything
She escapes the wrath of the spider's venom
She slowly gains strength
And turns the struggle into a plan
Now I've stepped into a
A forbidden zone
A world of chaos
Ignored the forewarn
And I'm left on my own

I stand alone in reaching for the sky
Turning the ingenue into a butterfly
After the darkness, the sun will shine
Gaining strength as I gain more knowledge
Knowing the morning star will soon lose power
You grew weaker, as I grew stronger
Never giving up this perilous fight
You set off the fuse
Now devour in your own gaslight

You should have listened to the heed
Those with animosity will lament
Over the ingenue's creed
Of a cub who grew into a lion
Unable to join the pride
She took a stance
Against the nepotism

APPENDIX A ~ POEMS ~

The wind shatters the window glass
The coward runs but cannot hide
So you mourn
You should have listened to the admonition

Can't take the sensation
The clouds are forming
Turning the tides
Transcending humiliation
And now it is on my side

Now you have stepped into
A forbidden zone
A world of chaos
Ignored the forewarn
Now this time, it is you who is foreboding
And it's you who will be
On your own
For when the Mayan dynasty ended
It was the demise of their own destruction
And so shall you cause your own ruin
Do we have free will or predestination?
I believe Adam and Eve made that decision
When the apple was eaten
We know that
Every stick has two ends
We can only wait and see
For you cannot stop it from coming
All we can do is make wise choices until
We reach the end

FALLEN FROM GRACE

# *Black Cat*

A certain cat has wrinkles around her envious eyes
The sun is blinding and ailing to her senescence
She only sees in shades of gray
And hisses when heeding a fray
She flutters her tail when confronted with a tale
She seeks to entertain
She tries to remain clandestine
But doesn't realize
Her four-inch claws don't culminate in pain
The devious black cat
Only leaves
Tiny scratch marks on my back

APPENDIX A ~ POEMS ~

# Devious Minds

Who are the shifty and the crooked?
When we look in the mirror
Do we see a reflection?
Of our wrongdoing and transgressions?

Devious Minds
Go wandering
Looking for a way to survive
Trying to avoid extinction
A survival instinct

How are we devious?
When the world we live in
is nothing other than a crime?
Why do we have devious minds?

I know it began well before Annie Oakley
But when the papers got a hold of her name
It was a pernicious disease
Running thru the tabloids
Oh, but Annie didn't freeze
Next thing she did, she fought with pride
And the defamatory statements seemed to subside
It is easy to blame and find fault
Easy to accuse and abuse
Maybe it's time we fix ourselves
Before we look to fix someone else

Are we going astray
From the normal way?
Or is it just a figment of my imagination?
What is devious when devious is the design?

# FALLEN FROM GRACE

Is it better to be married?
To someone who earns a lot of money...
And be called avaricious?
Or is it better to make your own way
Even though you may make nothing?
What is devious?
Aren't we just living?

Maybe we should look at ourselves
And wonder what we are doing
When we hurt those for no reason
So don't sit there in judgement
Have you ever faced homelessness and hate
Scorn and rejection?

No need to justify
For human rights are on my side
And I have no reason to hide
Don't stop trying
For others will try to knock you down
Don't let them take away your voice
It's time to start moving
And listen to your own voice

APPENDIX A ~ POEMS ~

# Beams of Light

Bright lights ascending into the night sky
Two beams of beautiful luminescence
Where the souls of innocence ascended
When the diabolical presence
Thought they would be the ones
To enter heaven's gate
For what they called a sacrifice
Was the sake of a craven
Instead, only the innocent souls were accepted
The dark evil entity
Devoured in the fire
Doves dancing and singing high in the sky
And I can hear the beautiful choir
It is truly a beautiful sight
Let us always remember
Two beams radiating
The beautiful moonlight

FALLEN FROM GRACE

# *Time*

Time, what is time?
All I know, its never been very kind
Time has eluded me
Where will you be in five?
We get asked
But this is nothing more than a rhetorical question
For how can we answer when life is so uncertain?

I once had a vision
That I would be in a career with children
But the vision was lost in a whirl of imagery
I lay my head at night and wonder
Where will I go, who will I be
Will I have a place to call my own
In this place of uncertainty?

No way to take care if I fall ill
No way to keep a job
When there is no job to fill
Where will you be in five?
I suppose wondering if ill survive

Stigmatized
I would give you the Gardens of Babylon
And a little touch of heaven
Just to be given a chance
Instead of being dehumanized

You thought I would never leave
Guess it took you by surprise
When I finally got up and took my keys
Now you come crawling
On hands and knees
Begging for a second chance
But this time, I took a stance

APPENDIX A ~ POEMS ~

# *Ordinary Citizen*

I'm running behind
You say it's His word against mine
No one will listen
Because I am only an ordinary citizen
So you tell me
I'm guilty before committing a crime
I try to fly like the butterfly
But my wing was clipped by his lip
You tell me I speak incoherently
With no context to stir your understanding
This brought something to my mind
The Iceberg Theory
See honey, I just don't have time
It's on a continuing basis
But I take it all in stride
Though it doesn't matter
For I am only an ordinary citizen
Power only resides in my mind
As the Stateswoman told me
It's His word against mine
Wonder if my voice will be heard
I guess I'll leave it then… in my writing
Maybe sometimes I was wrong
But the punishment doesn't fit the crime
My penance released in a prayer
Who then decides on granting absolution?
Is it he who tells me I am only an ordinary citizen?
I fall into redundancy
As rights are hidden in the Constitution
As his word transforms the denotation
I do not know what it will take
But, somehow, I cope

# FALLEN FROM GRACE

Because in love alone
I am solaced by
loves' beacon of hope
As an ordinary citizen, I know
After the sun sets
And the earth is nothing but a dark shadow
Light remains in the afterglow

APPENDIX A ~ POEMS ~

# *Gaslight*

You're taunting me
Claiming it's all for fun
A coward hides behind a gaslight
stealing positive energy

Nowhere to run, nowhere to hide
Unable to escape this tormentor
Why is the burden of proof on me?
When it's obvious he is deliberately making me look crazy?
Too many levels of bureaucracy
Anarchy and corruption

When the seven seas rise in anger
All the resources on the planet
The water, trees, and lands
Will be submerged under water
You and I will reign among no one
There will be nothing left in sight
This was the result of your gaslight

But you're headed right for the lion's lair
Just as expected
The lion rises slowly from a long nap
No more neglect
She takes control of her surroundings
And perseveres thru the adversity

Don't let others taint your mind
They may despise you
Because you are one of a kind
Create a masterpiece
With your engineering mind

## FALLEN FROM GRACE

For what occurred was fate
Going to turn it into something great
They are trying to silence me
But I'm the shark and they are the bait

Every gaslight has a gas leak
Everything will be revealed...
In the inevitable eternity
When leaves become gold
Lies become truth
And love becomes the end

In this psychological manipulation
When they brought me down on my knees
Begging for a chance to be heard
I had a vision
I held onto my dreams
No longer stuck in the bureaucratic democracy
This secret society
When your life is almost taken
You develop a new appreciation
And find the strength to overcome this oppression

APPENDIX A ~ POEMS ~

# *Whirlwind*

Can't believe I went thru it all
Just to come to another closed door
Don't you see? They are listening to me
Even though I am "nobody"
Wouldn't that make you want to change course?
Dont even know how they found out
But I want to thank the original person for the revelation
What I found is that when you write from the heart
It results in a work of art

Now I am standing in the midst of a whirlwind
Chaos all around me
Under investigation
Once again, I feel the coy tricks of retaliation
Everywhere I go
But I remain silent through it all
For they do not know what is about to fall
As I lay dormant
Thru metamorphosis changing into a butterfly
And soon will fly above the chaos
That evolved into a whirlwind around me

I just want to be free
Why was that taken from me?
Don't know how it came to this
They caged me and told me im crazy
No one would have believed Nellie Bly
Until she went undercover to reveal their lies
So maybe this is just a ploy
And I allowed them to treat me like a toy
But I know
Its only 'you 'and you alone

## FALLEN FROM GRACE

Who will make what you are
And I'll never stop reaching for the stars
I just want my voice heard
If this won't happen
Then I'll write a book to be understood
And I know the time is near
To reveal the truth that was tainted with your words
Instead of writing, I'll start walking
And show you what occurred
When deeds speak, words are nothing
And I will unmask the terrorist
As light will always prevail over darkness

APPENDIX A ~ POEMS ~

# *Baby, U R a Star*

You left this earth much too early
And we weren't ready
To let your light diminish
The world became a darker place
When the elevator took you
But It didn't bring you down
The elevator lifted you to a higher level - into another realm
You transformed into a bright shining star among the blackened sky
Where your light will remain a constant presence
You are our Prince reigning from Heaven above
And I know you are praying for us among the stars
Lifting us to reach a higher level
Your creative mind and lyrical dance
will continue to move us

FALLEN FROM GRACE

# *Scorpion*

That night I waited for you at the bar
Didn't know by then you were already gone too far
Did my words become too much to bear?
Were you listening when I didn't lend an ear?
No apologies can remove the tears
When you're no longer here
You told me you weren't going to participate
In the politics
Still trying to figure out what happened that night
Was it something I said?
Was it something they did?
Or did a pill delude reality?
That morning I wrote
Not knowing it was a somber presage
To the calamity
I've been strong all along
Until now, I've been weakened
And I can no longer stand tall
All I feel is sorrow
Until I heard
Your laughter from above
And your words echoing…
This is nothing but a shit show

APPENDIX A ~ POEMS ~

# *Innocence Lost*

Innocence was lost
When the world turned on its' axis
The day became dark and gloomy
The air turned colder
and all that was placid and primordial
became shameful and perturbed

I wonder what she thinks of the world
If she only knew it would turn mean and cruel
Waiting for a break in the clouds
As the rain continues to pour

Rays of light will soon shine upon us now
As we continue to stand tall thru it all
Never know when it will be the last goodbye
So let us not wait too long
To search for a break in the clouds
For those rays of light to shine upon us
For hope and freedom to envelop the earth

It hurts to know
That Im not the one
Whom you want to hear from
Think its that other girl
But she's only a mask you hide behind from
For she can't ruin your reputation

I caught your tear in my hand
And I fear, you're drowning in your own reflection
You're drowning in your own reflection

They tricked me, didn't they?

## FALLEN FROM GRACE

But I am strong
And can withstand
the most difficult windstorm
The gaslight is slowly burning, slowly fading
And I won't cry
Instead, I will ignite a new effect
As they add more fuel to the fire

Flames rise high
The caterpillar hides
Only to resurface
As a beautiful butterfly

APPENDIX A ~ POEMS ~

# *Delusional Reality*

I see that zest in you
That energy I once had
Was robbed from me
And I'm left
With only a glimpse of what I used to be
With the clouds I rain
The smog consumes me
Drowning in my storm
I can no longer see
This affliction was granted to me
Waves crash the shore
Where our ancestors were before
You only see me as your foe
Then I get swept away by the undertow
I can no longer hold on
It's tearing me to pieces
Isolated and alone
Again I try to stand
While the earth shifts beneath me
My strength is weakening
I realize this reality
Is nothing but a trifling journey
Sometimes I can't hear a sound
Distorted vision continues to fool me
But I know in time
I'll be able to shine
The pain we endure
Only makes us stronger
Please hold on to me
Hold on to me
I won't let you down

## FALLEN FROM GRACE

The sonnet below is titled The New Colossus. It was written by Emma Lazarus in 1883 and is engraved on a bronze plaque and mounted inside the lower level of the pedestal of the Statueof Liberty...

Not like the brazen giant of Greek fame,
With conquering limbs astride from land to land;
Here at our sea-washed, sunset gates shall stand
A mighty woman with a torch, whose flame
Is the imprisoned lightning, and her name,
Mother of Exiles. From her beacon-hand
Glows world-wide welcome; her mild eyes command
The air-bridged harbor that twin cities frame.
"Keep, ancient lands, your storied pomp!" cries she
With silent lips. "Give me your tired, your poor,
Your huddled masses yearning to breathe free,
The wretched refuse of your teeming shore.
Send these, the homeless, tempest-tost to me,
I lift my lamp beside the golden door!

~ Emma Lazurus, 1883

Lazurus' poem influenced the one in which I wrote (below). For we, as a nation, must do more to preserve freedom and equality belonging to all, and to uphold the standard of hope that light shall always triumph over darkness.

### *Preserving the Promise of Light Omega*

In thy tempest state
Among the teeming shore
Securing more education and knowledge
Thou shall refuse the oppression
And gale in the valor
In reigniting the extinguished flame
To be among the light of your torch
And once again, walk thru the golden door

~ Kimberly Marasco, 2015

*Page from* <u>Dealing</u>, *2018*

While this isn't copyrightable, it shows a pattern of using the same methods to share

expressions previously written. In this case, I scanned essays that I wrote when I was young and

inserted them into my novel, *Fallen from Grace.* Later, Ms. Swift created a booklet album,

*Lover*, using the same method in scanning old lyrics from a diary and inserting them into her

booklet album. This just shows more evidence of using the same methods strengthening

copyright infringement claims.



Prepared with the help of an attorney