*Exhibit C*

**This is to show added context for reference only and is
not included in the Counts section of the Complaint**

*(Quotes with page numbers: FFG=Fallen from Grace / SOTU= Songs of the Unsung)*

| Kim Marasco<br>I provide brief examples, please refer to the entire poems and songs for full context | Taylor Swift |
|---|---|
| Title of works:<br>**Working Title: Dealing with a Chronic Illness registered on July 11th, 2017** as TXU002200550<br>**Working Title: Fallen from Grace April 2020 registered on May 27, 2020** (retitled **Songs of the Unsung (SOTU)**—registered as TXu2061218. | Albums include:<br>**Lover (August 23, 2019)**<br>**Folklore (July 24, 2020)**<br>**Evermore (Dec 11, 2020)**<br>**Midnights (Oct 21, 2022)**<br>**The Tortured Poets Dept (April 19, 2024)** |
| Pg. 135  (FFG 2017):<br>**Ordinary Citizen**<br>Poem uses an original expression:<br>Verse 1: "I'm running behind/You say its **His** word against mine/No one will listen/Because I'm only an ordinary citizen/So you tell me I'm guilty before committing a crime/I try to fly like a butterfly/But my wing was clipped by his lip…/Power only resides in my mind/as its His word against mine/After the sun sets/the earth is nothing but a dark shadow/Light remains in the afterglow " | Published Aug 23, 2019:<br>**The Man**<br>Uses the same expression to describe the same situation<br>Verse 3: "I'm so sick of running as fast as I can/Wondering if id get there quicker if I was a man/And I'm so sick of them coming at me again/…Could all be separated from my good ideas and power moves/…And its all good if you're bad" |
| pg. 139 (FFG 2017): **Whirlwind**<br>"They caged me and told me I'm crazy/No one would have believed Nellie Bly/Until she went undercover and revealed their lies"<br>I wrote about a journalist, Nellie Blue, who published *Ten Days in a Madhouse* in 1887. | Published April 19, 2024:<br>**Who's Afraid of Little Old Me?**<br>Verse 7: "You caged me and told me I'm crazy" In her music video, *Fortnight*, Ms. Swift portrays herself as Nellie wearing an 1880's style dress while working. In a difference scene, she portrays herself as a mentally ill person in an insane asylum. Nellie Bly, who KM wrote about, is a journalist who wrote about the mentally ill. In Bly's book, she is seen wearing a dress while typing her book. |

Prepared with the help of an attorney

| | |
|---|---|
| Pg. 142 (FFG 2017): *Scorpion*<br>My original poem creatively depicts a person communicating with someone who died.<br><br>Line 5: "No apologies can remove the tears/When you're no longer here"<br>Last verse: "Until I heard your laughter from above (from heaven)…and your words echoing: this is nothing but a shit show"<br><br>Also, in *Beams of Light*, (FFG 2017) pg. 133 "Doves dancing and singing high in the sky, and I can hear the beautiful choir" (refers to those who lost their lives in 9-11 and "entered Heaven's Gate" while the terrorists rotted in hell) Note: I was a flight attendant during 9-11 for Delta<br>Book title: *Songs of the Unsung* © May 2020 Pg. 25<br>*Sky Tinted Water* © March 2020 pg. 25<br>Verse 4: "I caught your tear in my hand and I fear, you're drowning in your own reflection" | Published July 27, 2020:<br>*My Tears Ricochet*<br>(the title of this song is similar to a verse in my poem, *Sky Tinted Water*, where I wrote " I caught your tear in my hand and I fear, your drowning in your own reflection" –Fallen from Grace, pg 25)<br><br>"And I still talk to you (when I'm screaming at the sky)"<br><br>*Anti-Hero* published on Oct 21, 2022<br>"They're laughing at us from hell"<br><br><br><br>→ "My Tears Ricochet" |
| pg. 137 3rd paragraph<br>*Gaslight* (FFG 2017)<br>"When the seven seas rise in anger/All the resources on the planet/The trees and lands/Will be submerged under water/You and I will reign among no one/There will be nothing left" | TSP's song, *Tears Ricochet*,<br>"I didn't have it in myself to go with grace/And so the battleships will sink beneath the waves/You had to kill me, but it killed you just the same"<br>While the same words are not used here, they both convey a battle on water where nothing will be left and that both will end up destroying each other. |
| pg. 145 (FFG 2017)<br>*Delusional Reality*<br>(expression using human qualities for rain/storm and physically being rain, instead of in the rain)<br>*"Drowning in **my storm**…waves crash the shore"*<br><br>Line 6: "With the clouds I rain, The smog consumes me, Drowning in my storm, I can no longer see" | *Midnight Rain*  2022<br>Verse 4: " I was midnight rain"<br><br>*Long Story Short* Dec 2020<br>"And **my waves** meet your shore" |
| | |

Prepared with the help of an attorney

| | |
|---|---|
| Pg. 134 *Time* (FFG 2017)<br>Verse 1: "Time, what is time? All I know, its never been very kind"<br><br>Verse 5: "Guess it took you by surprise/When I finally got up and took my keys" | *Invisible String* © July 2020<br>Verse 4: "Time, mystical time, cutting me open then healing me fine."<br><br>*Getaway Car* © Nov 17, 2017<br>Verse: "Should've known Id be the first to leave/So I stole the keys/ That was the last time you ever saw me" |
| *Time* pg. 134 © (FFG 2017) I used the Gardens of Babylon as an expression for love which apparently, so did Taylor Swift.<br>Verse 4: "Id give you the Gardens of Babylon just to be given a chance" | *Cowboys like Me* © Dec 2020<br>Verse : "Now you hang from my lips, like the Gardens of Babylon"  She later used the same expression in her collaboration with Gracie's Abrams song, *Us*:  "Babylon lovers hanging lifetimes on a vine" |
| *Clandestine Cat* (2017 FFG) pg. 130 (Poem discusses a cat cutting a person with their nails which is an expression for hurting in several different ways<br>"…you can only leave tiny scratch marks on my back" | *Death by a Thousand Cuts* © Aug 14, 2019<br>"Trying to find a part of me that you didn't touch" |

| | |
|---|---|
| **Ingenue**, FFG 2018<br>"Of a cub who grew into a lion"<br>"I wonder what she thinks of the world, if she only knew, it would turn mean and cruel"<br>**(Innocence Lost)**<br>"carrying the butterfly who knows everything" | **Nothing New**, Tortured Poets, 2023<br>**Robin**, Tortured Poets, 2023<br>"Long may you reign, youre an animal, youre bloodthirsty, way to go tiger, higher and higher" "you got the dragonflies"<br>"time will arrive for the cruel and the mean" |
| **Under the Same Sun**, SOU<br>"When you write from the heart, it results in a work of art" | **I Can Do it with a Broken Heart**<br>"I cry a lot, but I'm so productive, it's an art" |

| | |
|---|---|
| Book title: *Songs of the Unsung* (April 2020) Pg. 25 (still trying to make love work, even though it's a lie)<br>*Sky Tinted Water*  (SOTU distributed in 2019 and registered May 2020)<br>"…Then I saw your reflection/And falsely led astray/Im still trying/Sky tinted water/Will you show me/How to complement the sky?"<br>Both m y poem and Swift's song refer to a person being falsely led to believe in love | *Illicit Affairs* © July 24, 2020<br>"You showed me colors you knew I couldn't see with anyone else"<br>"I made you my temple, my mural, my sky"<br>*Hoax:* © July 24, 2020<br>"Your faithless love's the only hoax I believe in" (similar to my line "I was falsely led astray")<br>*This is Me Trying* © July 24, 2024 (title of song uses the same context) |
| | |

Prepared with the help of an attorney

| | |
|---|---|
| *Invisible Matter* pg. 33 (SOTU distributed in 2019 and registered May 2020)<br>Verse 1: " She is invisible/She knows everything but reveals not a thing"<br>"She goes thru your soul and entwines your hair"<br>I was referring to an invisible power (wind) bringing people close together | *Invisible String* © July 24 2020<br>"All along there was some invisible string tying you to me"<br><br>**I did not include this song in my complaint, however, I added it here for context**<br>**Willow:** "Life was a willow and it bent right to your wind" |
| *Stagnate* pg. 40 (SOTU May 2020)<br>"Its time to go/ When will you let me go?"<br>" I continue to drive forward, but you wont let me go"<br>And in my poem, *Scorpion* (FFG 2017), I wrote "I waited at the bar, didn't know by then you were gone too far" | *Its Time to Go* © Jan 7, 2021<br>*Verse 3:* "…Its time to go"<br><br>*Right Where You Left Me* 2021<br>"Im still at the restaurant…right where you left me" |
| **Elon Musk=EM2** published on blog 2021<br>Also, I used this same expression in my poem, *Gaslight*<br>"Create a mastermind with your engineering mind" and "every gaslight has a gas leak" | **Mastermind** (2022)<br>Later, the Plaintiff wrote a poem on X.com titled Elon=MC2 in reference to Elon being a genius in which the Plaintiff again used this same, unique, expression. The Defendants' verse: "To assess the equation of you" relates someone as a mathematical equation. "The touch of a hand lit the fuse" which is similar to the Plaintiff's expression "you set off the fuse, now devour in your own gaslight" |
| Added for context<br><br>*All I Want for XMAS* (SOTU May 2020)<br>"All I want for Xmas is Peace"<br>Not in complaint | *Tis the Damn Season* © Dec 11, 2020<br>*(a Xmas song?)*<br><br>*Peace* © July 24 2020: Verse 1: "No, I could never give you peace" |
| *Innocence Lost* (FFG 2017)<br>(this is similar to stand in the day light—which represents finding happiness by standing thru it and receiving it)<br>"Waiting for a break in the clouds…Rays of light will shine upon us as we continue to stand tall thru it all"<br>*Not in complaint* | *Daylight* Aug 23, 2019<br>"Like daylight, you gotta step into the daylight and let it go"<br><br>(I'm not saying the word daylight is original here, *step into the daylight*—not physically, but it's an expression) |
| *The Fire* pg. 32 (SOTU May 2020)<br>"Anger fuels our Desire/Im fighting fire with fire/Pick your battles wisely, they say" | *The Great War* Oct 21, 2022<br>"Diesel is Desire"<br>"Now I breath fire each time we talk "<br>**Long Story Short** "Fatefully "I tried to pick my battles 'til the battle picked me" |

Prepared with the help of an attorney

| | |
|---|---|
| ***Breaking Waves* pg. 34** (SOTU May 2020)<br>"I realize I'm swimming in a fierce ocean, waves crashing over me/I dive into the high tide/between the breaking waves/swimming until I reach the calm/The calm is my saving grace<br>***Delusional Reality pg. 145*** (FFG 2017)<br>(I describe actually being the waves)<br>*"Drowning in my storm…my waves crash the shore"* | ***Cardigan*** © July 24, 2020<br>(the video for this includes Swift swimming in an ocean looking for something to calm her. Also, she states "my waves" as if she is the ocean, just like my poem).<br>\*notice the emphasis on My Waves (a unique expression putting human qualities as being an ocean, rather than in an ocean)<br>***Long Story Short*** © Dec 11 2020<br>Last verse: *"And my waves meet your shore"* |
| ***Devious Minds pg. 139*** (FFG 2017)<br>"I know it began well before Annie Oakley, but when the papers got a hold of her name, it was a pernicious disease running through the tabloids"<br>**Noah** (*SOTU*, May 2020)<br>"Satan sends his Angels/Deception in Flesh and blood/Noah built a starship/to escape the red flood" | ***Clara Bow*** © 2024 by Swift<br>"Flesh and blood amongst war machines<br>You're the new god we're worshipping<br>Promise to be … dazzling"<br><br>***Down-Bad:*** Refer to Count X<br><br>***Guilty as Sin?:*** Refer to Count X |
| A theme in Kim's book, ***Fallen from Grace (2017) pg. 34.*** Includes how she "once left gold jewelry in a hotel room and that was an omen for dealing the more loss later in life"<br>\*\*\**The expression conveyed in this text is that friendships are valuable, just like jewelry*\*\*\* | Swift's ***My Tears Ricochet***, the lyrics are "You wear the same jewels that I gave you As you bury me". She used the same expression to convey how jewels are valuable, just like their relationship was and now that relationship is lost/died. |
| SOTU, May 2020 Introduction<br>**My intro** for this poetry book:<br>Pg. 4 Intro: "This anthology combines Kimberly's poetry written throughout the years reflecting the times and a previous published book titled, Fallen from Grace. The writing was inspired by societal issues, personal challenges of anxiety and fear to expressions of hope and dreams." | Swift's promoted her newest album with this **intro:** © April 2024<br><br>"An anthology of new works that reflect events, opinions and sentiments from a fleeting and fatalistic moment in time — one that was both sensational and sorrowful in equal measure." |
| *Innocence Lost* (2017) "I wonder what she thinks of the world, if she only knew, it would turn mean and cruel". "Just an ingenue, viewing the world as it is new/A girl once hungry, lost to starvation/of a cub who grew into a lion". The child needs guidance and protection, but that one day, she will turn into a lion and no longer need such care. | Swift's song, *Robin (2024)*, is about a young girl filled with imagination and innocence while she acknowledges the need to protect and guide her. A verse in TSP's song is "The time will arrive for the cruel and the mean. You'll learn to bounce back just like your trampoline." Later she wrote, "You're an animal,/you are bloodthirsty/Way to go, tiger". |

Prepared with the help of an attorney