UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

FILED BY KMB D.C.

APR 07 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Case Number: 25-14067-CIV-

KIMBERLY MARASCO,

    Plaintiff,

v.

TAYLOR SWIFT, *et al.*,

    Defendants.

_____/

PLAINTIFF'S MOTION FOR CLARIFICATION OF
DEFENDANTS' RESPONSE DEADLINES AND SERVICE STATUS

Kimberly Marasco, appearing pro se, respectfully moves this Court for clarification regarding the Order granting Defendants' Motion for Extension of Time to Respond (ECF 22), and in support thereof states as follows:

1. On February 28th, 2024, Plaintiff filed the Complaint against Defendants Taylor Swift, Aaron Dessner, Jack Antonoff, Republic Records and Universal Music Group.

2. Pursuant to Fed. R. Civ. P. 4(m), Plaintiff has 90 days from filing to effectuate service, with a deadline of May 28th, 2025.

3. To date, Defendants Aaron Dessner, Jack Antonoff, Republic Records, and Universal Music Group have been served, with affidavits of service returned and filed with the Court on the following dates: Universal Music Group, Inc. on March 4th, 2025; Republic Records on March 7th, 2025; Jack Antonoff on March 7th, 2025; and Aaron Dessner on March 11th, 2025, as evidenced by proof of service affidavits filed with this Court on March 7th, 2025, and March 25th, 2025 [ECF Nos. 7 & 18].

4. Defendant Taylor Swift remains unserved due to extreme difficulties at residences which are compounded by her out-of-state residence and personal security measures.

5. Defendants jointly moved for an extension of time to respond until all defendants are served, which this Court granted on March 31st, 2025 (ECF No. 22).

6. Plaintiff seeks clarification of this Order for the following reasons:

   a. In a prior lawsuit, Plaintiff experienced a dismissal due to a late challenge to service despite a returned affidavit, leaving insufficient time to re-attempt service. Plaintiff wishes to avoid a similar outcome here.

   b. Plaintiff is concerned that tying all defendants' response deadlines to the service of Taylor Swift—who is particularly difficult to serve—may unduly delay the case and prejudice Plaintiff, especially if the service of the other four defendants is later contested.

   c. Plaintiff needs certainty as to whether the four served defendants' service is deemed effective, and if not, to address any issues before the Rule 4(m) deadline expires.

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Clarify whether the extension of time to respond applies only to Defendant Taylor Swift, or if the four served defendants Aaron Dessner, Jack Antonoff, Republic Records and Universal Music Group must respond within a specified time following their service, absent a timely challenge to service;

2. Order Defendants to file any objections to the sufficiency of service for Aaron Dessner, Jack Antonoff, Republic Records and Universal Music Group within a set period (e.g., 14 days from this Order), to allow Plaintiff time to remedy any defects before the Rule 4(m) deadline; and

3. Plaintiff, as a pro se litigant is not permitted to use the CM/ECF system and thus is requesting permission to serve future filings on Defendants' counsel via email (rather than US Mail)

as email communication has already been received by Defendants from J. Douglas Baldridge; jbaldridge@venable.com, Katherine Wright Morrone; kwmorrone@venable.com and Aaron Seth Blynn; asblynn@venable.com.

4. Grant such other relief as the Court deems just and proper.

On April 5th, 2025, I emailed Mr. Baldridge regarding service status; no reply was received by midday April 7th, 2025.

Respectfully submitted,

*Kimberly Marasco*
Kimberly Marasco
1561 Pheasant Walk Apt C
Marasco_kim@yahoo.com
Plaintiff, Pro Se

Date: April 7, 2025

CERTIFICATE OF SERVICE
I hereby certify that on April 7, 2025, a true and correct copy of the foregoing was served via U.S. Mail to counsel for Defendants at Venable, LLP., 600 Massachusetts Ave NW, Washington, DC 20001 while awaiting their email consent for future filings. The email addresses I have for the Defendants are J. Douglas Baldridge (jbaldridge@venable.com), and Katherine Wright Morrone (kwmorrone@venable.com).