UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 2:25-cv-14067

FILED BY ___WMB___ D.C.

JUN 10 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

KIMBERLY MARASCO,

   *Plaintiff*,

v.

TAYLOR SWIFT; JACK ANTONOFF;
AARON DESSNER; UNIVERSAL MUSIC GROUP, INC.;
REPUBLIC RECORDS,

   *Defendants.*

## SUBMISSION OF SUBSTITUTE SERVICE OF PROCESS VIA FLORIDA SECRETARY OF STATE

Plaintiff Kimberly Marasco, proceeding pro se, hereby notifies the Court of the following regarding service of process on Defendant Taylor Swift in the above-captioned case:

- On June 4, 2025, the Plaintiff received an email with a letter from the Secretary of State for service of process upon Defendant, Taylor Swift. The letter confirmed acceptance of substitute service of process on Defendant Taylor Swift, pursuant to Fla. Stat. § 48.181. However, Plaintiff realized that the summons was not updated to reflect in c/o the Secretary of State to serve Defendant, Taylor Swift.

- On June 9th, 2025, Plaintiff obtained a new summons which lists the "(Defendant) in c/o the Secretary of State: "Taylor Swift: c/o Secretary of State: P.O. Box 6327, Tallahassee, FL 32314". Plaintiff confirmed with Yvette Scott from the Secretary of State that they have the corrected summons with the Defendant's name, Taylor Swift in c/o Secretary of State and it has been accepted (Exhibit A).

- The newly issued **Summons** along with the **Acceptance Letter, Complaint, Notice of Service of Process**, and **Supplemental Affidavit of Compliance** have all been mailed to Defendant Taylor Swift and her counsel of record, Douglas Baldridge (Exhibit B).

- On May 23, 2025, Plaintiff filed an Affidavit of Compliance (ECF No. 33), satisfying the requirements of Fla. Stat. §§ 48.161 and 48.181. This Affidavit of Compliance details the diligent efforts by the Plaintiff to serve the Defendant via personal delivery.

- On May 30, 2025, Plaintiff filed a Motion to Accept Service via Secretary of State or, in the Alternative, Alternative Service of Process (ECF No. 34). Upon learning that a new summons was not issued, the Plaintiff sent the Secretary of State with the correct Summons that was accepted and attached to the original filing. Thus, the Plaintiff requests the court to accept service of process via the Secretary of State, or in the alternative, grant alternate methods of service as previously requested **(ECF No. 34).**

- Plaintiff mailed the newly issued Summons, along with the other documents listed above, to Defendant Taylor Swift at 1200 Laurel Lane, Beverly Hills, CA 90210, and to Douglas Baldridge, Esq., counsel of record for Defendants, at 600 Massachusetts Ave NW, Washington, DC 20001 in compliance with Fla. Stat. § 48.181 and 48.161.

- Plaintiff further notes that Douglas Baldridge, Esq., is listed on the docket as counsel for all Defendants but has stated he is not authorized to accept service on behalf of Taylor Swift. As a courtesy, Plaintiff mailed the documents to both Taylor Swift and Douglas Baldridge since he is, in fact, listed on the docket as being a legal representation for Taylor Swift.

- Plaintiff respectfully requests that the Court review and grant the pending Motion for Alternative Service (ECF No. 34) to confirm the propriety of substitute service on Defendant Taylor Swift.

- **WHEREFORE**, Plaintiff respectfully requests that the Court grant the relief requested herein, including acceptance of substitute service via the Florida Secretary of State, or, in the alternative, approval of alternative service methods as previously requested **(ECF No. 34).**

## CERTIFICATE OF SERVICE

I, Kimberly Marasco, certify that on June 10, 2025, a true and correct copy of the correct **Summons** along with the **Acceptance Letter, Complaint, Notice of Service of Process**, and **Supplemental Affidavit of Compliance** was sent via certified mail, return receipt requested, to the following:

Taylor Swift
1200 Laurel Lane
Beverly Hills, CA 90210

Douglas Baldridge, Esq.
600 Massachusetts Ave NW
Washington, DC 20001


Dated: June 10, 2025

*Kimberly Marasco*
Kimberly Marasco, Pro Se



1561 Pheasant Walk, Apt. C
Fort Pierce, FL 34950
Email: Marasco_kim@yahoo.com
Phone: 772-277-1785