a Producer World Log...    a Aetna Individual Me...    1 USD to EUR - Con...    CMS Enterprise Portal    DailyPay

*Exhibit E-1*

# Kindle Edition Normalized Pages Read

This report shows Kindle Edition Normalized Pages (KENP) read by customers who borrow your book from Kindle Unlimited (KU) and the Kindle Owners' Lending Library (KOLL). Please note monthly KENP numbers may change and will be finalized near the 15th of the following month. **Learn more about the KENP Read report.**



| Start Date | End Date | Reporting view | |
|---|---|---|---|
| 05/25/2020 | 10/07/2025 | ✔ All books | Compare books |

**Filters**      **Reset filters**

All authors ⬍    All books ⬍    All marketplaces ⬍

⬇ Download report

Pages read

# 2,102   | May 25, 2020 - Oct 7, 2025



*Does not include sales by Outskirts Press or Ukiyoto Publishers*

Exhibit E-2

# Orders

This report shows processed orders for all formats, which appear up to a few days after an order is placed. To view eBook orders that have been placed, but not yet processed, select only "eBook" from the format filter. Not all placed orders become processed orders. The dates below are based on the time zone of the marketplace where the order was made. **Learn more about the Orders report.**

| Start Date | | End Date | | Reporting view | | |
|---|---|---|---|---|---|---|
| 05/25/2020 | 📅 | 10/07/2025 | 📅 | ✔ **All books** | **Compare books** | ⬇ **Download report** |

**Filters**                                                                 Reset filters

| All authors ⌄ | All books ⌄ | All marketplaces ⌄ | All formats ⌄ | All pricing ⌄ | All distributions ⌄ |
|---|---|---|---|---|---|

Orders Processed        Orders Placed

Units Processed

# 163

May 25, 2020 - Oct 7, 2025



Exhibit E-3

Page from Dealing, 2018

While this isn't copyrightable, it shows a pattern of using the same methods to share expressions previously written. In this case, I scanned an essay I wrote in 1985 and inserted it into my novel, _Fallen_.  A year later, Ms. Swift created a booklet album, _Lover_, using the same method in scanning old lyrics from a diary and inserting them into her booklet album. This just shows more evidence of similarities between Works strengthening claims.



FALLEN FROM GRACE

*Exhibit E-4*

Plaintiff's poem, *Whirlwind,* is about a journalist who went by the pen name Nellie Bly, who published a book about the treatment of institutionalized mentally ill people. In 2024, Taylor Swift released a video for her song *Fortnight (14 Days)*. In the video, Ms. Swift portrays herself as Nellie Bly sitting at a desk, wearing a similar 1880's style dress, while using a typewriter. Also, she portrays herself as Clara Bow who was in a mental institution.





Exhibit E-5

This picture was taken by the Plaintiff and posted on many social media sites before Defendant's Folklore album (shown on social media titled **Pinecrest Lakes**), which is a development in Florida where she used to reside. This picture became the inspiration for "*Sky Tinted Water*". It is interesting to note the similarities in the use of the images used by the Defendants in their album, <u>Folklore</u>.





Exhibit E-6



Picture of Plaintiff taken on November 19, 2021 right before publishing a separate poetry book. Swift used a similar expression holding an old fashioned corded phone in a clandestine manner to promote her album, Midnight Rain (Oct 2022) and secretly, one by one, told the titles to each new song with a corded, old fashioned, phone.  .

The song, *thanK you aIMee*, includes the verse "And I changed your name, and any real defining clues/...A song that only us two is gonna know is about you". If only a few people will know who she is referring to, then obviously it cannot be solely about Kim K.

Plaintiff posted a video on Instagram in 2020. Taylor Swift used a similar dance that the Plaintiff choreographed on her Eras Tour which is distinctive and memorable. Furthermore, Plaintiff wore a suit & tie and undressed into a bathing suit and Swift's lyrics in *Vigilante Sh\*\** include "**Don't dress for women, don't dress for men, lately I've been dressing for revenge. Don't get made, get even**"



# Exhibit E-7

*Noah* published May 2023

Certificate of Registration for entire song is on file with the Copyright Office

## Youtube



Exhibit E-8

## Exhibit E-2

This is a picture of the Plaintiff's book "Fallen" and a magazine she was featured in.





Plaintiff drew the artwork for the cover of <u>Songs of the Unsung</u> (2019) using a quill pen next to musical notes. Later, the Defendants used the same image to represent their songs as well as selling merchandise with a **quill pen depicting an 18th century timeframe next to musical notes**.

## Exhibit E-9

While not related to the Defendants in this case, this is added to show more evidence that the music industry was likely aware of the Plaintiff's book, Fallen. Plaintiff sketched this picture which became a part of the cover of the book. The Plaintiff added a spider surrounding the face with emphasis placed on one eye. Lady Gaga's pose is strikingly similar to the Plaintiff's picture. The Plaintiff came across an image online that was from a performance at the Grammy's Award show where Lady Gaga sang "Shallow" in 2019.





**Kim Marasco**
6.5K followers • 207 following

Photo shows more than 6K followers, which doesn't include the 5K current friends on Plaintiff's Facebook (this reveals many people have access to her Works via social media alone)

# Exhibit E-10
## Supporting Evidence





### Kimberly Marasco releases Fallen from Grace which is based on her inspirational life-story

Title published by Ukiyoto Publishing in September 2019

Fort Pierce, Florida Feb 3, 2020 (Issuewire.com) - Fallen from Grace touches on themes of adversity, love, loss, illness, strength and perseverance. It was written during a time when Kimberly Marasco confronted adversity in both education and work environments. She describes how she was offered a really great job working in the recruiting industry only to find out how shady and cut-throat the business really was. Lady Gaga sang a song titled, Shallow. The events Kim



Hand drawn photo image

The Plaintiff's cover for Dealing (retitled Fallen from Grace), 2018 includes a picture of a female with hair covering one eye with an emphasis being placed on the other eye. The Defendant's cover Lover (2019), uses the same expression where Taylor Swift's hair is covering one eye and the other eye is emphasized (by glitter gel in the shape of a heart).

