**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 25-14067-CIV-CANNON**

**KIMBERLY MARASCO,**

      Plaintiff,

v.

**TAYLOR SWIFT, AARON DESSNER,**
**REPUBLIC RECORDS, AND UNIVERSAL**
**MUSIC GROUP, INC.,**

      Defendants.

_____/

## <u>ORDER DISMISSING DEFENDANT AARON DESSNER FOR FAILURE TO SERVE</u>

**THIS CAUSE** comes before the Court upon a *sua sponte* examination of the record. Plaintiff, Kimberly Marasco, filed her initial Complaint in this Court on February 28, 2025 [ECF No. 1].[1]   Plaintiff attempted to serve Defendant Aaron Dessner on March 7, 2025, but the Court later granted Defendant Dessner's motion to quash such service as insufficient under Federal Rule of Civil Procedure 4(e) [ECF No. 54].   The Court then gave Plaintiff one final opportunity to perfect service by October 15, 2025, warning in that Order that failure to timely serve Defendant Dessner would result in dismissal of Plaintiff's claims against Defendant Dessner [ECF No. 62].[2] To date, although Plaintiff thereafter filed a "Supplemental Notice" in which she attempts to argue that she properly served Defendant Dessner [ECF No. 66], along with a unilateral "Notice of Service Compliance" reiterating the same [ECF No. 63], neither of the Notices adds anything to

---

[1]  Plaintiff subsequently amended her Complaint on October 14, 2025 [ECF No. 65].

[2]  The Court also quashed service as to Defendant Jack Antonoff, after which Plaintiff voluntarily dismissed her suit against him [ECF No. 56].

CASE NO. 25-14067-CIV-CANNON

cure Plaintiff's deficient service—for the reasons previously stated by the Court and reiterated again by Defendant Dessner in his latest response [ECF Nos. 54, 60, 67]. The bottom line remains the same: Plaintiff has not perfected service on Defendant Dessner despite two extensions [ECF Nos. 31, 54].

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE as to Defendant Aaron Dessner** for failure to comply with Federal Rule of Civil Procedure 4(m).

2. The Clerk is directed to **TERMINATE** Defendant Aaron Dessner as a Defendant in this action.

3. On or before **December 4**, **2026**, the remaining Defendants shall file separate answers or a combined response to Plaintiff's Second Amended Complaint in accordance with the general instructions in the Court's Combined Response Order (modified with the December 4, 2026, deadline here) [*see* ECF No. 22]

**ORDERED** in Chambers in Fort Pierce, Florida this 12th day of November 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2