# Exhibit B

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

Case No. 2:25-cv-14067-CANNON

KIMBERLY MARASCO,

    *Plaintiff,*

v.

TAYLOR SWIFT; UNIVERSAL MUSIC
GROUP, INC.; and REPUBLIC RECORDS,

    *Defendants.*

## DECLARATION OF SHERYL GOLD

I, Sheryl Gold, declare that:

1.    I am over the age of eighteen (18), and I am competent to attest to this Declaration.

2.    I am an officer of Universal Music Group, Inc. ("UMGI"), a defendant in this action. I make this Declaration based upon my own personal knowledge and, if called as a witness, could and would competently testify thereto.

3.    UMGI is a wholly owned indirect subsidiary of Universal Music Group, N.V., a Netherlands public limited company.

4.    UMGI is simply a holding company; it has no day-to-day operations or employees. UMGI is <u>not</u> a "musical recording group."

5.    UMGI is incorporated in Delaware and has its principal place of business in Santa Monica, California.

6.    UMGI is not registered to transact business in Florida, and it does not conduct business in Florida.

Docusign Envelope ID: 803F9400-B396-46G0-0621-5AB51D3AA8F7

7.      UMGI does not own, operate, or control an office in Florida.

8.      UMGI does not own, possess, rent, or hold any real property in Florida.

9.      UMGI does not maintain any financial accounts in Florida.

10.     UMGI does not have a telephone number, mailing address, or agent for service of process in Florida.

11.     UMGI does not regularly do or solicit business in or derive substantial revenue from goods used or consumed or services rendered in Florida.

12.     UMGI has never contracted with any recording artist, including Taylor Swift ("Artist").

13.     UMGI has never authorized any recording artist, including Artist, to act as UMGI's agent, nor has UMGI ever portrayed a recording artist, such as Artist, as one of UMGI's agents.

14.     UMGI does not own any rights to songs or music performed by recording artists, including Artist.

15.     Because UMGI has no operations, it could not have promoted or produced events in Florida, including Eras Tour concerts, nor sold records, CDs, or merchandise in Florida and in fact did not do so. Similarly, because UMGI has no operations, it could not have participated in the distribution or exhibition of the Eras Tour film or any other film and in fact did not do so.

16.     Additionally, because UMGI has no operations, it could not distribute the songs listed in Plaintiff's Second Amended Complaint and in fact did not do so.

///

Docusign Envelope ID: 803F9400-B396-46G0-0621-EAB51D3AA8F7

17. Additionally, because UMGI has no operations, it could not have induced or authorized any alleged infringement of Plaintiff's works.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3.00, 2025, at Tarzana , California

DocuSigned by:

*Sheryl L. Gold*

3742EC5245E042D
Sheryl Gold

3