# Exhibit  C

## Comparison Chart

| Marasco II, (ECF 65) ("SAC")[1] | | | Marasco I, (ECF 42) ("SAC") | | |
|---|---|---|---|---|---|
| Marasco II, SAC Counts | Marasco II, SAC Song / Work | Marasco II, Plaintiff Poem / Work | Marasco I, SAC Counts | Marasco I, SAC Song / Work | Marasco I, Plaintiff Poem / Work |
| Count 1 | - *The Man* (song and video) | - Ordinary Citizen | Count 1 | - *The Man* (song and video) | - Ordinary Citizen |
| Count 2 | - *Who's Afraid of Little Old Me* <br> - *Fortnight* (video) <br><br> - *\*I Can Do It With a Broken Heart* | - Whirlwind | Count 2 | - *Who's Afraid of Little Old Me* <br> - *Fortnight* (video) | - Whirlwind |
| Count 3 | - *My Tears Ricochet* <br><br> - *\*Mastermind* | - Scorpion <br> - Beams of Kight <br> - Gaslight <br> - Innocence Lost | Count 3 | - *My Tears Ricochet* | - Scorpion <br> - Beams of Light <br> - Gaslight <br> - Innocence Lost <br> - Sky Tinted Water |
| Count 4 | - *Illicit Affairs* <br> - *Hoax* | - Sky Tinted Water | Count 4 | - *Illicit Affairs* <br> - *Hoax* | - Sky Tinted Water |

[1] An asterisk (\*) denotes a work that is alleged in the *Marasco II* SAC, but was not at issue in the *Marasco I* SAC. Defendants do not seek the application of collateral estoppel as to these new works, but include them in this chart for completeness.

| Count 5 | - *Guilty as Sin?*<br>- *Clara Bow* | - Devious Minds | Count 10 | - *Clara Bow*<br>- *Down Bad*<br>- *Guilty as Sin?* | - Devious Minds<br>- Noah |
|---|---|---|---|---|---|
| Count 6 | - *Clara Bow*<br>- *Down Bad*<br><br>- *\*The Manuscript* | - Noah | Count 10 | - *Clara Bow*<br>- *Down Bad*<br>- *Guilty as Sin?* | - Devious Minds<br>- Noah |
| Count 7 | - *Right Where You Left Me*<br>- *It's Time to Go* | - Stagnate<br>- Scorpion | Count 11 | - *Right Where You Left Me*<br>- *It's Time to Go* | - Stagnate<br>- Scorpion |
| Count 8 | - *Midnight Rain*<br>- *Long Story Short* | - Delusional Reality | Count 5 | - *Midnight Rain*<br>- *Long Story Short* | - Delusional Reality |
| Count 9 | - *Robin* | - Ingenue<br>- Innocence Lost | Count 7 | - *Robin* | - Ingenue<br>- Innocence Lost |
| Count 10 | - *The Great War* | - The Fire | Count 8 | - *The Great War* | - The Fire |
| Count 11 | - *Invisible String* | - Invisible Matter<br>- Time<br><br>- *\*Ingenue* | Count 12 | - *Invisible String* | - Invisible Matter<br>- Time |
| Count 12 | - Introduction to The Tortured Poets Department | - Introduction to Fallen | Count 13 | - Introduction to The Tortured Poets Department | - Introduction to Fallen |